In the Matter of Antonio Cole, Petitioner, v Nicholas DeRosa, Respondent. [978 NYS2d 872]—

The extraordinary remedy of mandamus will lie only to compel the performance of a ministerial act, and only where there exists a clear legal right to the relief sought (*see Matter of Legal Aid Socy. of Sullivan County v Scheinman*, 53 NY2d 12, 16 [1981]). The petitioner has failed to demonstrate a clear legal right to the relief sought. Rivera, J.P., Dillon, Dickerson and Austin, JJ., concur.